DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PYCO SUPPLY CO., INC. v.
    AMERICAN CENTENNIAL INS. CO.

No. 223A87.

Case below: 85 N.C. App. 114.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) of issues in addition to those presented as basis for dissenting opinion allowed 7 July 1987.

SHEEHAN v. HARPER BUILDERS, INC.

No. 155P87.

Case below: 83 N.C. App. 630.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987. Motion by defendant to dismiss appeal for lack of legal principles of major significance allowed 7 July 1987.

STATE v. ANDERSON

No. 202PA87.

Case below: 85 N.C. App. 104.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 July 1987.

STATE v. ANSTEAD

No. 287P87.

Case below: 85 N.C. App. 539.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and petition by defendant for writ of supersedeas and temporary stay denied 16 June 1987.

STATE v. BENDER

No. 197P87.

Case below: 84 N.C. App. 702.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.